# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

JANET L. LONG, *et al*                                                                          PLAINTIFFS

v.                                          NO. 3:07CV00161 JLH

LAUREN E. ZAVELLI                                                                                DEFENDANT

## ORDER

Presently before the Court is the Joint Motion for Continuance of the trial date. Docket #9. Good cause having been shown, the motion will be granted, and the trial of this matter previously set for September 22, 2008, in Jonesboro, Arkansas, is removed from the Court's docket. A new trial date and scheduling deadlines will be set by separate order.

IT IS SO ORDERED this 2nd day of July, 2008.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE